# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
## PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER
<u>Guam Office</u>
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



<u>CNMI Office</u>
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

September 6, 2006

**FILED**
DISTRICT COURT OF GUAM
SEP -7 2006
MARY L.M. MORAN
CLERK OF COURT

Designated Judge
U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

Re: ELGARICO, Eugenio
USDC Cr. Cs. No. 00-00121-001

### TRANSFER OF JURISDICTION

Dear Designated Judge:

On March 7, 2002, Eugenio Elgarico was sentenced in the District Court of Guam to a 70 month term of imprisonment followed by a five year term of supervised release for the offense of Attempted Possession with Intent to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C.§§ 846 and 841(a)(1).

On July 24, 2006, this Officer received a letter from District of Hawaii U.S. Probation Officer Merilee Lau requesting a transfer of jurisdiction for Mr. Elgarico. Mr. Elgarico intends to remain in Hawaii upon release from the Federal Detention Center in Honolulu, Hawaii, on March 2, 2007. Upon release, he intends to reside with his brother, Jerico Elgarico, Jr., who resides in Honolulu.

This Officer respectfully requests that the Transfer of Jurisdiction be approved to the U.S. District Court for the District of Hawaii.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File