# ORIGINAL

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
GUAM CR 00-00121-001

**DOCKET NUMBER** *(Rec. Court)*
CR06 00495 SOM

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Eugenio Elgarico<br>c/o USPO Merilee Lau<br>District of Hawaii<br>300 Ala Moana Blvd., Rm C-110<br>Honolulu, Hawaii 96850-0110 | GUAM | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable John S. Unpingco, Chief Judge |

| DATES OF PROBATION | FROM | TO |
|---|---|---|
| | March 2, 2007 | March 1, 2012 |

**OFFENSE**

Attempted Possession with Intent to Distribute Methamphetamine Hydrochloride [21 U.S.C. §§ 846 & 841(a)(1)]

**FILED DISTRICT COURT OF GUAM**
**SEP 29 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **GUAM**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Hawaii** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

**SEP 13 2006**
*Date*

*United States District Judge*
FRANCES M. TYDINGCO-GATEWOOD,
Designated Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR _____ DISTRICT OF **HAWAII**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/20/06
*Effective Date*

**RECEIVED SEP -7 2006**

*United States District Judge*

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

ORIGINAL